

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
UNITED STATES ATTORNEY

*Jessica M. Laserna*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*          *main: (973) 645-2700*
*Newark, NJ 07102*                        *direct:(973) 297-2019*
*jessica.laserna@usdoj.gov*

July 31, 2026

**BY ECF**

Hon. Claire C. Cecchi
United States District Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

> Re:   ***Diallo v. Venturella, et al.,*** **No. 26-9360 (CCC)**
>        **Petitioner's Release**

Dear Judge Cecchi:

This Office represents Respondents in the above-referenced habeas matter. We write in response to the Court's July 28, 2026, Text Order, ECF No. 3, granting the petition and directing Respondents to release Petitioner within 48 hours. U.S. Immigration and Customs Enforcement confirmed that it released Petitioner on July 29, 2026, at approximately 9:40 a.m. We therefore respectfully request the Court close this case.

We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:   *s/ Jessica M. Laserna*
       JESSICA M. LASERNA
       Assistant United States Attorney
       *Attorneys for Respondents*

In light of Petitioner's release, the
Clerk's Office shall close this matter.

SO ORDERED

       *s/Claire C. Cecchi*
CLAIRE C. CECCHI, U.S.D.J.

Date:  8/13/2026